**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01536-RBJ

TEXTILE NETWORK, INC.,
a Colorado corporation,

        Plaintiff,

v.

GERALD SCHWARTZ, INC.,
a Georgia corporation,

        Defendant.

## ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by Plaintiff Textile Network, Inc. against Defendant Gerald Schwartz, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Textile Network, Inc. against Defendant Gerald Schwartz, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated October 16, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED this 26th day of October, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge